| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - Phoenix | MAGISTRATE JUDGE'S MINUTES |
|---|---|

DATE: 1/11/2021      CASE NUMBER: 21-5000MJ

USA vs.   Jacob Anthony Chansley

U.S. MAGISTRATE JUDGE:   DEBORAH M. FINE

Assistant U.S. Attorney: Kristen Brooks          INTERPRETER   N/A
                                                 LANGUAGE      N/A
Attorney for Defendant:   AFPD Gerald Williams (for proceedings held in the District of Arizona only)

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY **via audio-teleconference**

Date of Arrest: 1/8/2021

☒ Initial Appearance in Rule 5 Proceedings held
☒ Defendant sworn as to Financial Status
☒ Appointment of Counsel Hearing held
☒ Defendant states his true name to be **Jacob Anthony Angeli Chansley**. Further proceedings ordered in defendant's true name.

| DETENTION HEARING:<br><br>Set for:   **1/15/2021 at 2:30 pm**<br>Before:    **Magistrate Judge Deborah M Fine in Courtroom 304**.<br><br>☒  Defendant temporarily detained pending further proceedings in this district. | IDENTITY HEARING:<br><br>☒  Waived.<br>☒  The Court finds identity has been established.<br><br>**PRELIMINARY HEARING:**<br>☒  Reserved for the prosecuting district. |
|---|---|

The Court finds that the Defendant consents to proceed with this hearing by audio-teleconference after consultation with counsel. The case is ordered unsealed upon motion of the government.  As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Defense counsel is to contact United States Marshals regarding defendant's dietary concerns.

                                                Recorded by Courtsmart
                                                BY: Michelle Sanders
                                                Deputy Clerk

IA: 11 min

ID: 1 min.
1:24 pm to 1:36 pm