MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | MJ 21-05000 |
|---|---|
| Plaintiff, | CR21-00003-RCL |
| vs. | **GOVERNMENT'S BRIEF IN SUPPORT OF DETENTION** |
| Jacob Anthony Chansley, a.k.a. "Jacob Angeli," | |
| Defendant. | |

## INTRODUCTION AND SUMMARY OF ARGUMENT

The detention hearing for Jacob Anthony Chansley ("Chansley") is scheduled for January 15, 2021, at 2:30 p.m.  For the reasons set forth below, the Court should order Chansley to be detained pending trial.  Chansley is an active participant in—and has made himself the most prominent symbol of—a violent insurrection that attempted to overthrow the United States Government on January 6, 2021.  Chansley has expressed interest in returning to Washington, D.C. for President-Elect Biden's inauguration and has the ability to do so if the Court releases him.  No conditions can reasonably assure his appearance as required, nor ensure the safety of the community.

A federal grand jury indicted Chansley on January 11, 2021.  (*See* Att. A, Indictment.)  The indictment charges two felonies and four misdemeanors arising from Chansley's actions in the Capitol on January 6.  Count One, a felony in violation of 18

U.S.C. § 231(a)(3), alleges that Chansley "committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, or adversely affected the conduct and performance of a federally protected function." (Att. A at 1-2.)  Count Two, also a felony, alleges that Chansley "attempted to, and did corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by committing an act of civil disorder, and threatening Congressional officials, and unlawfully remaining in a restricted building without lawful authority, and engaging in disorderly and disruptive conduct," in violation of 18 U.S.C. § 1512(c)(2).  (Att. A at 2.)

Detention is authorized in this case because, as explained below, Chansley has committed a felony that involves the use of a dangerous weapon (a spear), and there are serious risks that he will flee and obstruct or attempt to obstruct justice. Furthermore, he poses an ongoing danger to the community that no conditions of pretrial release can mitigate. *See* 18 U.S.C. § 1342(f)(E), (f)(2)(A), (f)(2)(B), (g)(4).

At the hearing tomorrow, the United States will rely on the Pretrial Services Report ("PTS Report") on proffered facts contained below detailing the attack on the United States Capitol on January 6, 2021, and on Chansley's actions before, during, and after the attack that led to his arrest. *United States v. Winsor*, 785 F.2d 755, 756 (9th Cir. 1986) ("[T]he government may proceed in a detention hearing by proffer or hearsay.").  If the Court wishes to hear testimony from a Special Agent with the Federal Bureau of Investigation (FBI), an agent will be available and the United States will be prepared to present such testimony at the hearing.

**FACTUAL AND PROCEDURAL HISTORY**

The Current Offense.  The United States Capitol, located at First Street, SE, in Washington, D.C., is secured 24 hours-a-day by the U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by the Capitol Police. Only authorized people with appropriate identification are

allowed access inside the U.S. Capitol.

On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public and a joint session of the United States Congress convened inside. During the joint session, elected members of the U.S. House of Representatives and the U.S. Senate were meeting in separate Chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate Chamber.

With the joint session underway, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the building and the proceedings underway inside.

Between 1:00 p.m. and 2:00 p.m., individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and advanced to the exterior façade of the building. They did so while the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the U.S. Capitol. However, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows.

Shortly thereafter, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the Chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

Chansley was one of the insurrectionists who entered the Capitol building. News and social media coverage of these events confirmed his presence by approximately 2:30 p.m. Chansley wore horns, a furry coyote tail headdress, red, white and blue face paint,

and tan pants.  He was shirtless and carried a bullhorn and a six-foot-long spear with an American flag tied just below the blade.  A social media post (credited as Getty images) demonstrates Chansley's conspicuous appearance outside of the Senate Chambers:

U.S. Capitol Police Officer Keith Robishaw is shown on the left in this image. Officer Robishaw was attempting to quell the crowd and move them out of the area. Chansley approached Officer Robishaw and screamed, among other things, that this was their house, and that they were there to take the Capitol, and to get Congressional leaders. Chansley also used his bullhorn to communicate that they were there to take out several United States congressmen.

While Officer Robishaw was attempting to quell the crowd, Chansley was using his bullhorn to incite it.  Because the Capitol building is cavernous, the sound of Chansley's voice over the bullhorn carried to different areas of the building.  Officer Robishaw could hear reactions from a different group of protestors in a different hallway—being kept back by other officers—when Chansley would yell into the bullhorn.  The photograph below depicts their interaction.



Robishaw and other officers calmed the protestors somewhat and directed them to leave the area from the same way they had entered. Most protestors complied, but Chansley disobeyed the order and instead began heading up a different stairwell towards the Senate floor. Officer Robishaw, alone with more than 25 rioters in the Senate Chamber, attempted to engage with Chansley and asked for his assistance to use the bullhorn to get the protestors out of the Chamber. Instead of doing so, Chansley ran up on the dais where Vice President Pence had been presiding just minutes before, and begin posing on the dais for other rioters to document and photograph, and wrote a note to Vice President Pence



saying, "it's only a matter of time, justice is coming."

On January 7, 2021, Chansley called the Washington Field Office of the FBI and requested to speak with law enforcement. Chansley confessed that he was the man photographed at Vice President Pence's chair on the Senate dais, face painted, carrying the spear and wearing a horned helmet. He said that he was able to get into the United States Senate in D.C. "by the grace of God." Chansley said that he was glad he sat in the Vice President's chair because Vice President Pence is a child-trafficking traitor. However, Chansley said he did not mean his note to Vice President Pence—"it's only a matter of time, justice is coming"—as a threat. Chansley also expressed his interest in returning to Washington D.C. for the inauguration, later telling the FBI: "I'll still go, you better believe it. For sure I'd want to be there, as a protestor, as a protestor, fuckin' a."

In an interview with NBC News before his arrest, Chansley boasted about his involvement in the mob that infiltrated the Capitol, driving Congress people and staffers to flee in fear of their lives. "The fact that we had a bunch of our traitors in office hunker down, put on their gas masks and retreat into their underground bunker, I consider that a win," Chansley said.[1] Chansley stated that he drove to Washington, D.C. as a part of a group effort, with other "patriots" from Arizona, at the request of the President that all "patriots" come to D.C. on January 6, 2021.

On January 9, 2021, Chansley drove to the Phoenix FBI field office to continue his interview. Chansley was then unaware of the complaint and arrest warrant, as both were sealed until after his arrest that morning. Twice, Chansley told the FBI that he had plans after the January 9 FBI interview to drive to the Arizona State Capitol. Corroborating his statement, Chansley had his horns, furry coyote tail headdress, face paint, tan pants, six-foot-long spear, and his bullhorn inside the 2003 Hyundai that he parked at the FBI. Also

---

[1] "Capitol Rioter in Horned Hat Gloats as Feds Work to Identify Suspects," *available at* https://www.nbcnews.com/news/us-news/capitol-rioter-horned-hat-gloats-feds-work-identify-suspects-n1253392 (last visited January 13, 2021). All supporting materials referenced in this memorandum are included on a disc submitted to the Court as Attachment B.

inside was a rubber hammer-shaped mallet. Chansley did not turn himself in to the FBI, but instead drove to the FBI Building to continue to his interview. However, he was arrested pursuant to the arrest warrant when he did so.

The PTS Report. The PTS Report, issued on January 11, 2021, concludes that Chansley poses a risk of nonappearance based on his employment status and substance abuse history, and may pose a danger to the community due to his substance use. (PTS report at 4.) Nevertheless, the PTS Report recommends that Chansley be released pending trial because the risks of flight and danger can be minimized by random drug-testing, employment requirements, and documented travel only for the purpose of Court appearances in the District of Columbia. (PTS report at 4.)

Importantly, Chansley lied to the PTS Officer when he stated that he has "never tried any other illicit substance [besides marijuana,] which he smokes three times weekly in the past." (PTS Report at 2.) As described below, Chansley has described his routine use of psychedelic drugs, including mushrooms and peyote, in recorded interviews on his podcast. Additionally, a full portrait of Chansley's apparent mental health issues—which he has publicly-disseminated, and which include strongly-held false mystical beliefs and leadership in a dangerous extremist group, QAnon founded on an imaginary conspiracy theory—were not provided to the PTS officer, and thus not evaluated in the assessment. The PTS Officer also does not appear to have evaluated the continued danger to the community Chansley poses due to his unwillingness to appreciate the illegality of his conduct and self-expressed interest in placing himself in similar circumstances in the future.

**ARGUMENT**

Detention is authorized in this case under multiple prongs of 18 U.S.C. § 3142. Chansley committed felonies involving the use of a dangerous weapon, and there are serious risks that Chansley will flee and obstruct or attempt to obstruct justice. 18 U.S.C. § 3142(f)(1)(E), (f)(2)(A), (f)(2)(B).

Chansley is charged with two felonies: committing an act of civil disorder that obstructed the conduct of a federally-protected function, and obstructing an official proceeding. (Att. A at 1-2.) As demonstrated by the photographs above and corroborated by the spear found in his car after he was arrested, the felonies Chansley committed involved the use of a dangerous weapon inside the Capitol building—a six-foot spear. *See Doty v. Lewis*, 995 F. Supp. 1081, 1084 (D. Ariz. 1998) (referring to "a handmade spear approximately three feet long" as a "dangerous weapon"); *see also United States v. Tumea*, 810 F.3d 563, 567 (8th Cir. 2016) (implying that spears are dangerous weapons in the context of a supervised release condition); *United States v. Cabrera*, No. CR. S-05-0347 GGH, 2005 WL 3406318, at *2 (E.D. Cal. Dec. 12, 2005) (implying prohibition of dangerous weapons, including spears, into statute prohibiting the possession of firearms in federal facilities).

In addition, there is a serious risk that Chansley will obstruct or attempt to obstruct justice in the course of his prosecution in Washington, D.C. The grand jury found probable cause to charge Chansley with obstructing an official Congressional proceeding on January 6, 2021. Pictures taken at the scene, and Chansley's own unapologetic confession and media statements, leave no doubt that he did so. Chansley broke through barricades, unlawfully entered the Capitol Building, disobeyed police orders to leave, refused a police request to quell the crowd using his bullhorn, and instead ran up onto the dais where Vice President Pence had been presiding just minutes before and scrawled a threatening note. His willingness to very publicly attempt to obstruct the official duties of the United States Congress certifying the vote count of the Electoral College makes clear his complete disregard for the importance of following orders during official proceedings such as the D.C. District Court case now charging him with serious crimes.

As described more fully below, Chansley also poses serious risks of flight and danger to the community. The Court should order him to be detained because there are no conditions that will reasonably assure his appearance as required and the safety of any other person and the community. 18 U.S.C. § 3142(g).

I. **The Court Should Order Detention Based On Chansley's Risk Of Flight**.

As the Court is no doubt aware, "[t]he Bail Reform Act . . . requires a district court to order a defendant detained pending trial if 'no condition or combination of conditions will reasonably assure the appearance of the person as required.'" *United States v. Gentry*, 455 F. Supp. 2d 1018, 1019-20 (D. Ariz. 2006) (quoting 18 U.S.C. § 3142(e)). This analysis involves a "two-step inquiry." *Id.* First, the court must make a finding as to whether the defendant presents a "serious risk that such person will flee" if not detained. *Id.* at 1020 (quoting 18 U.S.C. § 3142(f)(2)(A)). The government bears the burden of proving such risk of flight by a preponderance of the evidence. *Id.*

If the defendant is likely to flee, the court next must determine whether some set of conditions would sufficiently vitiate that risk. *Id.* (citing 18 U.S.C. § 3142(g)).

As explained below, these factors compel the conclusion that Chansley is a flight risk and that no combination of conditions exist to overcome this risk.

  A.  Chansley Is A Flight Risk.

As the PTS Report correctly concludes, Chansley poses a flight risk for multiple independent reasons. He is both unemployed and a regular drug user. In addition, he has the ability to quickly raise large sums of money for travel through non-traditional sources as one of the leaders and mascots of QAnon, a group commonly referred to as a cult, (which preaches debunked and fictitious anti-government conspiracy theories that a deep state is out to take down the current administration), and has previously demonstrated an ability to travel long distances using untraceable methods. Additionally, Chansley is strongly associated with a costume, and is virtually unidentifiable when not wearing it.

Critically, Chansley also lied to PTS about his use of drugs. Pre-Trial Services believed Chansley to be a flight risk based on his three-times-a-week marijuana habit, and the United States agrees. But Chansley also told Pre-Trial Services that he had never tried any illicit substances other than that marijuana. (PTS Report at 2.) However, he has publicly detailed in interviews and though online activity that he uses peyote and mushrooms as part of his Shaman practice. He openly stated on his podcast 'Jake Angeli

- Keys for our Ascension' that he uses illegal substances, admitting to using "psychoactive" and "ceremonial" plants such as cactus and mushrooms as part of his shaman practice. *See* www.podbean.com/media/player/ddgys-c51af9?from=wp&vjs=1&skin=1, at minute 25:00. On the podcast, Chansley stated, "I think I was 11 the first time I got high, and it was because God love him, my dad gave it to me."[2] Chansley also stated that after a stint in the US Navy he "dove head first" into experimenting with psychoactive substances. (*Id.*) He stated that his use of psychoactive substances "gave [him] such a profound spiritual experience that [he] was able to see [his] thoughts." (*Id.*)

Chansley also stated he has no mental health conditions, but publicly-available information and videos reveal a very different picture. Chansley has spoken openly about his belief that he is an alien, a higher being, and he is here on Earth to ascend to another reality.[3] He subscribes to QAnon, a group who believes a debunked and fictitious conspiracy claim that Satan-worshipping cannibalistic pedophiles are running a global child sex-trafficking ring and plotting against President Donald Trump.[4] As an example, in a YouTube video uploaded on January 6, 2021, from approximately minute 9:00 forward, Chansley states:

> So in order to beat this evil occultic force you need a light occultic force you need an occultic force that is of the side of God of love on like almost like on the side of the Angels OK as opposed to the demons all right and so as a shaman I am like a multi-dimensional or hyper-dimensional being okay I am able to perceive multiple different frequencies of light beyond my five senses and it allows me to see into these other higher dimensions that these entities these pedophiles these rapists these murderers these really high up people

---

[2] "HE'S A RIOT, QAnon 'shaman' Jake Angeli first got high aged 11, takes psychedelic cactus & used to go to school dressed as Brad Pitt" Emma Perry, (January 8, 2021) available at https://www.the-sun.com/news/2104357/qanon-horned-shaman-jake-angeli-high-psychedelic-brad-pitt/ (last visited January 13, 2021).

[3] Etzimanuel, *QAnon Shaman – Jake Angeli – Interview ORF*, YouTube (January 6, 2021), available at http://www.youtube.com/watch?v=22d6tRXxVeg (last visited January 13, 2021).

[4] Qanon, Wikipedia, the Free Encyclopedia, available at https://en.wikipedia.org/wiki/QAnon (last visited January 13, 2021).

- 10 -

that they almost like hide in the shadows in nobody can see that because the third eye ain't open okay and  that's where things like fluoride and stuff like that comes in so the horns the horns are hey man you mess with the Buffalo you get the horns bro and if you ever tried messing with the Buffalo that doesn't work out too well for many people this right here this is coyote skin according to the Navajo the coyote is like the trickster almost like almost like a benevolent force so I'm wearing the skin of the trickster I got two tails here okay so the trickster messed with the bull got the horns okay and the face paint is representative of the Native American tradition of like donning on warpaint of some sort only this is only this is a war that is of like a spiritual nature okay so because it's a war of a spiritual nature you need symbolism okay in the symbolism here for me is you got the blood on the sign the bullet holes Q sent me this shows the the the secret war in the behind the scene. Hey if you don't know who Q is Q is the highest levels of the military in the intelligence community disseminating above top secret information to pay attention to the republic so we can take our country back from globalists and communists and satanists.[5]

In this and other videos of Chansley on YouTube, he states that when you watch television, when you listen to the radio, there are very specific frequencies that are inaudible that actually affect the brain waves of your brain.  In a January 8, 2021, interview with the Washington Post, Chansley stated: "What we did on Jan. 6 in many ways was an evolution in consciousness, because as we marched down the street along these ley lines, shouting 'USA' or shouting things like 'freedom' . . . we were actually affecting the quantum realm."[6]

Chansley may have believed that his statement to Pre-Trial Services that he was in "good mental health" was accurate.  But if so, his public statements described above demonstrate that he is unhinged from reality, while his actions at the Capitol demonstrate a willingness to act on those mistaken beliefs.  He is a flight risk due to this combination.

---

[5]  Etzimanuel, *QAnon Shaman – Jake Angeli – Interview ORF*, YouTube (January 6, 2021), available at http://www.youtube.com/watch?v=22d6tRXxVeg (last visited January 13, 2021).

[6] "Trump Supporter in Horns and Fur is Charged in Capitol Riot," Fredrick Kunkle, available at https://www.washingtonpost.com/local/jacob-chansely-horn-qanon-capitol-riot/2021/01/09/5d3c2c96-52b9-11eb-bda4-615aaefd0555_story.html (last visited January 13, 2021).

Pre-Trial Services also correctly describes Chansley's employment status as contributing to his flight risk. (PTS Report at 4.) It does—he has no stable job to tie him to the community, and instead "sporadically earns money" (PTS Report at 2) by appearing at protests and riots to lead QAnon followers—but the full picture of Chansley's fund-raising and off-the-grid travel opportunities deepen the risk. Chansley told FBI agents that he drove to Washington, D.C. for the January 6 riot "with a group of patriots from here in Arizona," who went to Georgia first and then D.C. His criminal activities at the Capitol therefore could not have been prevented through flight restrictions. Chansley is a high-profile leader and the self-professed shaman of QAnon, giving him the ability to raise large sums of money for travel (and other activities) quickly through non-traditional means, as the tweet below demonstrates.



In sum, Chansley is a flight risk, and the conditions that Pre-Trial Services proposes as mitigating the risk fail to account for his misstatements regarding drug use, mental health history, and status as a poster child for QAnon.

II. **Chansley Is Also A Danger to the Community if Released**.

This Court must also consider whether it can reasonably assure the safety of other persons and the community if it releases Chansley. *See* 18 U.S.C. § 3142(f). It cannot. Chansley is the radicalized follower-turned-leader of a dangerous extremist group, and a

symbol of the insurrection and assault on the Capitol last week.  As demonstrated by his tweet below, Chansley has also previously espoused identifying and then "hanging" "traitors" within the United States government.  Despite the riot on January 6, Chansley has stated his intent to return to Washington for President-Elect Biden's inauguration, and his repeated and demonstrated unwillingness to conform to societal rules suggests a pending criminal case will not stop him.



As widely reported by the news media, the FBI has received information indicating that "armed protests" are being planned at all 50 state capitols and the U.S. Capitol in Washington, D.C. in the days leading up to President-elect Joe Biden's inauguration on January 20, 2021.  Since the January 6 insurrection, violent online rhetoric regarding the inauguration has increased, with some calling for unspecified "justice" for the fatal shooting by law enforcement of a participant who had illegally entered the Capitol Building that day.  Others have posted that "many" armed individuals would return on January 19, according to open source reporting. The recent removal efforts by social media platforms used by domestic violent extremists may push some to revert back to other platforms they perceive as more secure, further challenging the government's ability to identify and warn of specific threats.  Additionally, news reports suggest that the U.S. Capitol siege may just be the beginning of potentially violent actions from President Trump's supporters.[7]

---

[7] "FBI Warns of Plans for Nationwide Armed Protests Next Week" Colleen Long, Michael Balsamo and Michael Kunzelman" (January 11, 2021), available at

Against this backdrop, Chansley told the FBI prior to his arrest that he'll "still go, you better believe it." His status as a symbol of the insurrection, his actions inside the Capitol building, and his demonstrated disregard of orders while inside with the goal of disrupting official Congressional proceedings, demonstrate the danger his release would pose. U.S. Capitol Police report that Chansley was among the first inside the Capitol. He made his way into the halls of the Senate and the Senate Chamber within minutes of the rioters breaching the building. At this juncture in our Nation's history, it is hard to imagine a greater risk to our democracy and community than the armed revolution of which Chansley has made himself the symbol.

### III. No Conditions Exist To Reasonably Assure Chansley's Appearance or Mitigate the Danger.

The PTS Report concludes that conditions of release can minimize the risks of flight and danger posed by Chansley's release. Pre-Trial Services has proposed requiring Chansley to report as directed, travel to the prosecuting district (D.D.C.) with express Court approval, maintain or actively seek employment, and refrain from using or possessing a narcotic drug. The United States respectfully disagrees that such conditions—or any others—would be adequate to mitigate the risks here.

In determining whether conditions of release can reasonably assure the appearance of the defendant as required and the safety of any other person or the community, the Court must take into account four statutory factors: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the person; (3) the history and characteristics of the person, including his character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community

---

http://www.apnews.com/article/fbi-warns-armed-protests-next-week-ec75b26289166b4afd30c15b0dd2ded5 (last visited January 13, 2021); "Armed Protests Being Planned at all 50 State Capitols, FBI Bulletin Says: An Internal FBI Note Obtained by ABC News Shows Warnings of "a huge uprising." Aaron Katersky and Ceclia Darrough (January 11, 2021) available at http://www.abcnews.go.com/US/armed-protests-planned-50-state-capitols-fbi-bulletin/story?id=75179771 (last visited January 13, 2021).

ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and (4) the nature and seriousness of the danger to any person or community that would be posed by the person's release. 18 U.S.C. § 3142(g); *see also Gentry*, 455 F. Supp. 2d 1019-20. The United States addresses each in turn.

Nature of Crime. A key factor to be considered when assessing the adequacy of release conditions is "the nature and circumstances of the crime charged." *See* 18 U.S.C. § 3142(g)(1). Here, this factor is significant. The crimes charged in the indictment involve active participation in an insurrection attempting to violently overthrow the United States Government. By Chansley's own admissions to the FBI and news media, the insurrection is still in progress and he intends to continue participating. Media and FBI reports have detailed carefully-planned insurrection attempts scheduled throughout the country in the coming weeks at every state capital, including the Arizona's capitol. As he admitted, and as corroborated by the items in his car, Chansley expected to go there after his FBI interview (if he had not been arrested). The travel restriction Pre-Trial Services proposes plainly will not prevent Chansley from participating in violent activities in Arizona.

Strong evidence, including Chansley's own words and actions at the Capitol, supports that the intent of the Capitol rioters was to capture and assassinate elected officials in the United States Government. Chansley left a note on the Senate Chamber dais, where Vice President Mike Pence had been presiding over the session just minutes before, warning "it's only a matter of time, justice is coming." When questioned as to the meaning of that statement, Chansley went on a lengthy diatribe describing current and past United States political leaders as infiltrators, specifically naming Vice President Mike Pence, former President Barack Obama, former Senator Hillary Clinton and U.S. President-elect Joe Biden as infiltrators involved in various types of wrongdoing. Although he stated his note was not a threat, the Government strongly disagrees. Chansley acted on conspiracy theories he has repeatedly espoused in becoming one of the highest-profile members of a group that attacked a Congressional proceeding, and nothing suggests he has learned from

that experience so as to avoid it if on pre-trial release. The nature and circumstances of his offense are grave, and cannot be mitigated by conditions of release.

Weight of Evidence. Another factor to be considered when assessing release conditions is "the weight of the evidence against the person." *See* 18 U.S.C. § 3142(g)(2). Here, this factor also weighs in favor of detention. As a threshold matter, the grand jury already has found that probable cause supports the charges against Chansley. This alone is enough to show that the weight of the evidence supports detention. *United States v. Hamlin*, 2007 WL 2225868, *1 (E.D. Mich. 2007) ("Under subsection (g)(2), from the a grand jury having passed an Indictment, there is a definite weight of evidence against the Defendant."); *United States v. Bradshaw*, 2000 WL 1371517, *4 (D. Kan. 2000) ("[T]he grand jury's indictment, standing alone, establishes probable cause . . . . The Government presented no other evidence. Nor did the defendant. Accordingly, the weight of the evidence must be deemed against the defendant. This factor thus weighs in favor of detention, but only slightly."). The evidence in this case includes widely-publicized pictures and videos and Chansley's own admissions. As outlined above, the evidence here is strong.

History and Characteristics of the Defendant. The next factor to be considered when assessing release conditions is "the history and characteristics of the" defendant. *See* 18 U.S.C. § 3142(g)(3). Here, this factor weighs heavily in favor of detention. Chansley is a self-proclaimed leader of the QAnon.[8] Other members of this dangerous anti-government conspiracy view him as a leader also, contributing to his ability to travel off-the-grid and fund-raise rapidly through unconventional means. He believes that global elites are running the world, that United States leaders are part of a secret rings of child abusers who practice satanic worship, and other debunked theories. He has repeatedly demonstrated dramatic, erratic behavior, an inability to conform to societal norms, and an unwillingness to appreciate the consequences of his actions. He abides by his own belief system, acts

---

[8] Etzimanuel, *QAnon Shaman – Jake Angeli – Interview ORF*, YouTube (January 6, 2021), available at http://www.youtube.com/watch?v=22d6tRXxVeg (last visited January 13, 2021).

accordingly regardless of the criminal consequences, and brings others along with him. His ability and willingness to conform his behavior to pre-trial supervision conditions appears to be virtually nil.

Even now, Chansley continues to demonstrate a refusal to conform despite personal hardship as a consequence. Chansley's choice to refuse to eat because he is not provided an organic diet in custody is predictive of how he will behave if conditions of pre-trial supervision do not suit him. If released, numerous conditions will alter and affect his routine and set forth daily expectations by which he must confirm. Chansley will not comply.

Chansley is a repeated drug user who minimized the extent of his substance use to pre-trial services. He demonstrates scattered and fanciful thoughts, and is unable to appreciate reality. He is the shaman of a dangerous extremist group, putting his beliefs into action by attempting to violently overthrow the United States government. His history and characteristics require detention.

<u>Danger to Others</u>. The final factor to be considered when assessing release conditions is the nature and seriousness of the danger to any person or the community that would be posed by the person's release. *See* 18 U.S.C. Section 3142(g)(4). The facts described above demonstrate the grave danger Chansley's release would pose to the community, and are reaffirmed here by reference. Chansley has made himself the symbol of a radicalized insurrection movement, and has professed his intent to act in the future as he did at the Capitol on January 6. Employment conditions, travel restrictions, and a reporting requirement will not mitigate the danger that he will do so.

## IV.  CONCLUSION

For the foregoing reasons, the Court should order that Chansley be detained.

Respectfully submitted this 14th day of ___January___, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Kristen Brook*
KRISTEN BROOK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system for filing a copy to the following CM/ECF registrant:

Gerald Williams, Attorney for the Defendant Jacob Anthony Chansley.

By:   */s/ Todd Allison*