# ATTACHMENT B

All supporting materials referenced in this memorandum are included on a disc submitted to the Court.