MICHAEL BAILEY
United States Attorney
District of Arizona

TODD M. ALLISON
Arizona State Bar No. 026936
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: Todd.Allison@usdoj.gov
Email: Dimitra.Sampson@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Jacob Anthony Chansley,<br><br>            Defendant. | **CR-**21-MJ-05000-DMF<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL** |

      NOTICE is hereby given, in accordance with Criminal Local Rule 57.6(d)(23) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorneys, Dimitra H. Sampson and Todd M. Allison, are added as co-counsel with Assistant United States Attorney Kristen Brook, as attorneys for the United States.

      Respectfully submitted this 15th day of January, 2021.

                                      MICHAEL BAILEY
                                      United States Attorney
                                      District of Arizona

                                      _s/Todd M. Allison_
                                      TODD M. ALLISON
                                      DIMITRA H. SAMPSON
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gerald A. Williams

By: *s/Theresa A. Hanson*
     U. S. Attorney's Office