| AO 435 AZ Form (Rev. 3/2018) | Administrative Office of the United States Courts  TRANSCRIPT ORDER | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Honorable Royce C. Lamberth | 2. PHONE NUMBER 202-354-3386 | 3. DATE 03Feb2021 |
|---|---|---|

| 4. FIRM NAME USDC, District of District of Columbia |
|---|

| 5. MAILING ADDRESS 333 Constitution Avenue, N.W., Rm 2010 | 6. CITY Washington | 7. STATE DC | 8. ZIP CODE 20001 |
|---|---|---|---|

| 9. CASE NUMBER 2:21-mj-05000-DMF-1 | 10. JUDGE DMF | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 01/08/2021 | 12. 01/19/2021 |

| 13. CASE NAME USA v. Chansley | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. AZD - PHX Division | 15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [x] BAIL HEARING | 01/15/2021 | | |

18. ORDER ***JUDICIAL TRANSCRIPT REQUEST***

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | (65pgs x $4.85) $315.25 |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS | [x] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS Lauren_Pope@dcd.uscourts.gov | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/Royce C. Lamberth, Senior District Judge

20. DATE 03Feb2021

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY Candy Potter | ESTIMATE TOTAL | $315.25 |
|---|---|---|
| ORDER RECEIVED 03Feb2021 | DATE | BY | PROCESSED BY Rudy Apodaca/ECRO | PHONE NUMBER (602) 322-7252 |
| DEPOSIT PAID | | | DEPOSIT PAID | - |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | - |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | - |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY